# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Houser, Barbara J. | 2. Court or Organization<br><br>US Bky Ct; No Dst of Tx | 3. Date of Report<br><br>04/2/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1254 Earle Cabell Federal Bldg
1100 Commerce Street
Dallas, TX 75242-1496

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▮ Present Interest Trust |
| 2. | Fellow; Member of Executive Committee | National Bankruptcy Conference |
| 3. | Fellow | American College of Bankruptcy |
| 4. | Fellow | American Bar Foundation |
| 5. | Fellow | Texas Bar Foundation |
| 6. | Master | John C. Ford American Inn of Court |
| 7. | Member; Member of Board of Directors | American Bankruptcy Institute |
| 8. | Chair of Board of Directors | Dallas Legal Hospice n/k/a Legal Hospice of Texas |
| 9. | Member | National Conference of Bankruptcy Judges |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 14-16 | Washington DC | Attend Spring Meeting of College and speak at educational program | Transportation and Lodging |
| 2. | National Conference of Bankruptcy Judges | April 8-9 | Scottsdale, AZ | Attend mid-year meeting of NCBJ | Transportation. Lodging, and Meals |
| 3. | American Bankruptcy Institute | April 18-21 | Washington DC | Attend ABI Board meeting and speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 4. | State Bar of Texas | May 18-28 | Tanzania, Africa | Speak at bankruptcy conference | Transportation, Lodging, and Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Houser, Barbara J. | 04/2/2014 |

| 5. | American Bankruptcy Institute | July 1-2 | Washington DC | Subcommittee meeting of ABI commission | Transportation, Lodging, and Meals |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | July 18-19 | Washington DC | Attend hearings in Cornish litigation | Transportation, Lodging, and Meals |
| 7. | Federal Bar Association in Michigan | July 24-27 | Traverse City, MI | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 8. | National Conference of Bankruptcy Judges | September 18-19 | Washington DC | Attend hearings in Houser class action | Transportation, Lodging, and Meals |
| 9. | American Bankruptcy Institute | October 10-12 | New York City, NY | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 10. | National Conference of Bankruptcy Judges | October 29-November 2 | Atlanta, GA | Attend annual meeting of NCBJ | Transportation, Lodging, and Meals (partial payment) |
| 11. | Commercial Law League of America | October 29-November 2 | Atlanta, GA | Speak at annual meeting of NCBJ | Transportation, Lodging, and Meals (partial payment) |
| 12. | National Conference of Bankruptcy Judges | December 4-5 | Washington DC | Attend hearings in Houser class action | Transportation, Lodging, and Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Glenn Cox | Cash gift | $14,000.00 |
| 2. | Veronica Cox | Cash gift | $14,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 3. Capital One FSB CD | B | Interest | | | Redeemed | 07/03/13 | M | | |
| 4. Capital One Checking and saving accounts | B | Interest | M | T | Open | 02/19/13 | M | | |
| 5. ▨▨▨ Present Interest Trust ▨▨▨ | | None | | | | | | | |
| 6. Wal-Mart Stores, Inc. common stock | A | Dividend | J | T | | | | | |
| 7. Discover Bank CD | D | Interest | M | T | | | | | |
| 8. Washington Federal Savings Bank CDs | C | Interest | | | Redeemed (part) | 01/23/13 | L | | |
| 9. | | | | | Redeemed | 09/12/13 | K | | |
| 10. ING CD n/k/a Capitol One Bank | C | Interest | | | Redeemed | 02/19/13 | L | | |
| 11. Jefferson Bank CD n/k/a Mid-South Bank | C | Interest | L | T | | | | | |
| 12. Acacia Federal Savings Bank CD | C | Interest | | | Redeemed | 12/03/13 | L | | |
| 13. Wachovia Bank CD n/k/a Wells Fargo | B | Interest | | | Redeemed | 10/03/13 | L | | |
| 14. Intervest National Bank CD | C | Interest | L | T | | | | | |
| 15. Nexity Bank CD n/k/a Alostar Bank | B | Interest | M | T | | | | | |
| 16. Exchange Bank CD | C | Interest | | | Redeemed | 12/03/13 | M | | |
| 17. Washington Mutual Bank CD n/k/a Chase Bank | B | Interest | | | Redeemed | 12/23/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GMAC Bank (various accounts and CDs) n/k/a Ally Bank | D | Interest | M | T | | | | | |
| 19. Transportation Alliance Bank CD | A | Interest | | | Redeemed | 08/29/13 | K | | |
| 20. Am Trust Direct n/k/a New York Community Bank money market | B | Interest | M | T | | | | | |
| 21. Patriot Bank CDs | D | Interest | M | T | | | | | |
| 22. Great Western Bank CDs | C | Interest | M | T | | | | | |
| 23. Third Federal Bank CD | B | Interest | | | Redeemed | 07/03/13 | M | | |
| 24. Omni American Bank CD | B | Interest | | | Redeemed | 07/10/13 | M | | |
| 25. ELoan Bank CD | B | Interest | | | Redeemed | 07/22/13 | L | | |
| 26. On Bank CD | B | Interest | | | Redeemed | 08/11/13 | L | | |
| 27. Equity Bank CDs n/k/a Triumph Savings Bank | C | Interest | M | T | Redeemed (part) | 11/14/13 | M | | |
| 28. Salem 5 CD | C | Interest | | | Redeemed | 09/16/13 | M | | |
| 29. Salem 5 Savings and Checking accounts | A | Interest | M | T | Open | 09/16/13 | M | | |
| 30. Zions Bank CD | B | Interest | | | Redeemed | 09/20/13 | L | | |
| 31. View Point Bank CD | C | Interest | | | Redeemed | 11/22/13 | L | | |
| 32. Community Trust Bank of Texas CD | A | Interest | | | Redeemed | 01/15/13 | M | | |
| 33. Share Plus Federal Bank CD and checking account | B | Interest | L | T | Redeemed (part) | 04/12/13 | K | | |
| 34. Green Bank Money Market | A | Interest | | | Closed | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Colorado Federal Savings Bank Money Market | B | Interest | M | T | Open | 07/16/13 | K | | |
| 36. First National Bank of Omaha Money Market | B | Interest | M | T | Open | 07/16/13 | K | | |
| 37. SallieMae Bank Money Market | B | Interest | M | T | Open | 07/21/13 | K | | |
| 38. GE Capital Retail Bank CD | A | Interest | M | T | Open | 11/20/13 | M | | |
| 39. GE Capital Retail Bank High Yield Savings | A | Interest | L | T | Open | 12/12/13 | L | | |
| 40. Brokerage account # 1 (H) | | | | | | | | | |
| 41. Anheuser-Busch (BUD) common stock | B | Dividend | L | T | | | | | |
| 42. Automatic Data Processing Inc (ADP) common stock | A | Dividend | K | T | | | | | |
| 43. Beam, Inc. (BEAM) common stock | A | Dividend | | | Buy (add'l) | 01/29/13 | K | | |
| 44. | | | | | Sold | 11/26/13 | J | C | |
| 45. Berkshire Hathaway Inc (BRKB) common stock | | None | M | T | | | | | |
| 46. Bristol Myers Squibb (BMY) common stock | A | Dividend | | | Sold | 04/29/13 | J | D | |
| 47. Campbell Soup (CPB) | | None | L | T | Buy | 11/05/13 | K | | |
| 48. | | | | | Buy (add'l) | 12/17/13 | K | | |
| 49. Coca-Cola (KO) common stock | A | Dividend | K | T | | | | | |
| 50. Davita Inc (DVA) | | None | L | T | Buy | 09/09/13 | L | | |
| 51. DirectTV COM (DTV) | | None | K | T | Buy | 03/08/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Dr Pepper Snapple Group common stock | A | Dividend | | | Sold | 02/13/13 | K | B | |
| 53. | Emerson Electric (EMR) common stock | A | Dividend | K | T | | | | | |
| 54. | Exxon Mobil (XOM) common stock | B | Dividend | K | T | | | | | |
| 55. | HJ Heinz (HNZ) common stock | A | Dividend | | | Sold | 06/10/13 | J | D | |
| 56. | Hershey (HSY) common stock | A | Dividend | K | T | | | | | |
| 57. | Imperial Oil LTD (IMO) common stock | A | Dividend | | | Sold | 06/11/13 | K | | |
| 58. | Intl Business Machines (IBM) common stock | B | Dividend | L | T | | | | | |
| 59. | Johnson & Johnson (JNJ) common stock | B | Dividend | L | T | | | | | |
| 60. | Mc Donalds Corp (MCD) common stock | A | Dividend | K | T | | | | | |
| 61. | Monsanto (MON) common stock | A | Dividend | K | T | | | | | |
| 62. | Nestle SA (NSRGY) common stock | B | Dividend | K | T | | | | | |
| 63. | Pepsico (PEP) common stock | A | Dividend | K | T | | | | | |
| 64. | Pfizer Inc (PFE) | A | Dividend | K | T | Buy | 01/17/13 | K | | |
| 65. | Procter & Gamble (PG) common stock | A | Dividend | K | T | | | | | |
| 66. | Sigma-Aldrich (SIAL) common stock | A | Dividend | K | T | | | | | |
| 67. | 3 M (MMM) common stock | A | Dividend | K | T | | | | | |
| 68. | Southern Co (SO) common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. United Parcel Service (UPS) common stock | A | Dividend | K | T | | | | | |
| 70. Wal Mart Stores (WMT) common stock | A | Dividend | K | T | | | | | |
| 71. Ishares MSCI Emerging Mkts Index FD (EEM) | | None | | | Sold | 06/11/13 | J | | |
| 72. Vanguard FTSE Emerging Mkts (VWO) | | None | | | Buy | 04/29/13 | K | | |
| 73. | | | | | Sold | 06/11/13 | K | | |
| 74. Brokerage Account # 2 (H) | | | | | | | | | |
| 75. Bristol Myers Squibb (BMY) common stock | A | Dividend | J | T | | | | | |
| 76. Conoco Phillips (COP) common stock | | None | J | T | | | | | |
| 77. HJ Heinz (HNZ) common stock | A | Dividend | | | Sold | 06/10/13 | J | | |
| 78. Phillips 66 Com (PSX) common stock | | None | J | T | | | | | |
| 79. Brokerage Account # 3 (H) | | | | | | | | | |
| 80. DWS Intrmd Tax/Amt Free Mutual Fund (SCMTX) | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 81. | | | | | Sold | 03/14/13 | L | B | |
| 82. Lord Abbett Intermediate Tax Free Fund (LISFX) | A | Dividend | | | Sold | 03/14/13 | L | C | |
| 83. Mainstay Large CapGrowth Fund (MLAIX) | A | Dividend | | | Buy (add'l) | 02/07/13 | J | | |
| 84. | | | | | Sold | 03/14/13 | K | C | |
| 85. T Rowe Price Summit Muni Intermediate Fund (PRSMX) | A | Dividend | | | Sold | 03/14/13 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MFS Value Fund (MEIIX) | | None | | | Buy (add'l) | 02/07/13 | K | | |
| 87. | | | | | Sold | 03/14/13 | L | C | |
| 88. Dreyfus Appreciation Fund (DGAGX) | | None | | | Sold | 03/14/13 | K | C | |
| 89. Federated Strategic Value Dividend Fund (SVAIX) | A | Dividend | | | Sold | 02/07/13 | K | C | |
| 90. Legg Mason Western Asset Municipal High Income Fund (LMHIX) | A | Dividend | | | Sold | 03/14/13 | K | B | |
| 91. Permanent Portfolio Fund (PRPFX) | | None | | | Sold | 03/14/13 | K | A | |
| 92. Eaton Vance Tax Adv Bd Stra Int Ter FD (ETIX) | A | Dividend | | | Sold | 03/14/13 | L | | |
| 93. Nuveen High Yield Muni Bond Fd Cl(1 (NHMRX) | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 94. | | | | | Sold | 03/14/13 | K | A | |
| 95. Emerging Global Shares (ECON) | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 96. Ishares MSCI DCA ETF (EWC) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 97. | | | | | Sold (part) | 09/24/13 | J | A | |
| 98. Ishares MSCI Switzerland (EWL) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 99. | | | | | Sold (part) | 09/24/13 | J | A | |
| 100. Ishares MSCI Sweden (EWD) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 101. | | | | | Sold (part) | 09/24/13 | J | A | |
| 102. Ishares MSCI United Kingdom (EWU) | A | Dividend | J | T | Buy | 03/26/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/24/13 | J | A | |
| 104. Ishares MSCI Pacific Ex Japan (EPP) | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 105. Ishares IBOXX Invt Grade Corp Bd (LQD) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 106. | | | | | Sold (part) | 07/18/13 | J | | |
| 107. Ishares 20+ Year T Bond ETF (TLT) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 108. Ishares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 109. Ishares 3-7 Year Treasury Bond ETF (IEI) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 110. | | | | | Sold (part) | 09/24/13 | J | | |
| 111. Ishares MBS ETF (MBB) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 112. | | | | | Sold (part) | 07/18/13 | J | | |
| 113. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 114. Ishares MSCI EMU ETF (EZU) | A | Dividend | K | T | Buy | 09/24/13 | K | | |
| 115. Ishares Inc Core MSCI Emerging Mkts ETF (IEMG) | A | Dividend | K | T | Buy | 09/24/13 | K | | |
| 116. Market Vectors Emergin Mkts Local Currency Debt ETF (EMLC) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 117. | | | | | Sold (part) | 07/18/13 | J | A | |
| 118. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 119. Powershares Global ETF TR (PCY) | A | Dividend | J | T | Buy | 03/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/24/13 | J | | |
| 121. Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 122. SPDR Barclays Intl Treasury Bond ETF (BWX) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 123. | | | | | Sold (part) | 09/24/13 | J | | |
| 124. SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 125. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 126. Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 127. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 128. Vanguard Small Cap Growth ETF (BK) | A | Dividend | K | T | Buy (add'l) | 03/26/13 | K | | |
| 129. | | | | | Sold (part) | 07/18/13 | J | A | |
| 130. | | | | | Sold (part) | 09/24/13 | J | A | |
| 131. Vanguard Value ETF (VTV) | B | Dividend | L | T | Buy | 03/26/13 | L | | |
| 132. | | | | | Sold (part) | 07/18/13 | J | A | |
| 133. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 134. Vanguard Growth ETF (VUG) | B | Dividend | M | T | Buy | 03/26/13 | M | | |
| 135. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 136. | | | | | Buy (add'l) | 09/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 138. | | | | | Sold (part) | 07/18/13 | J | | |
| 139. Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 140. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 141. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 142. Wisdomtree Trust Japan Hedged Equity FD (DXJ) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 143. | | | | | Sold (part) | 09/24/13 | J | A | |
| 144. Wisdomtree India (EPI) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 145. | | | | | Sold | 09/24/13 | J | | |
| 146. Ishares MSCI Australia (EWA) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 147. | | | | | Sold | 09/24/13 | J | | |
| 148. Ishares MSCI Germany (EWG) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 149. | | | | | Sold | 09/24/13 | J | A | |
| 150. Ishares MSCI Hong Kong (EWH) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 151. | | | | | Sold | 09/24/13 | J | A | |
| 152. Ishares MSCI Italy (EWI) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 153. | | | | | Sold | 09/24/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Ishares MSCI Netherlands (EWN) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 155. | | | | | Sold | 09/24/13 | J | A | |
| 156. Ishares MSCI Spain (EWP) | B | Dividend | | | Buy | 03/26/13 | J | | |
| 157. | | | | | Sold | 09/24/13 | J | A | |
| 158. Ishares MSCI France (EWQ) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 159. | | | | | Sold | 09/24/13 | J | B | |
| 160. Ishares MSCI Taiwan (EWT) | | None | | | Buy | 03/24/13 | J | | |
| 161. | | | | | Sold | 09/24/13 | J | A | |
| 162. Ishares MSCI South Korea (EWY) | | None | | | Buy | 03/26/13 | J | | |
| 163. | | | | | Sold | 09/24/13 | J | A | |
| 164. Ishares MSCI Brazil (EWZ) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 165. | | | | | Sold | 09/24/13 | J | | |
| 166. Ishares MSCI South Africa (EZA) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 167. | | | | | Sold | 09/24/13 | J | A | |
| 168. SPDR S P China (GXC) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 169. | | | | | Sold | 09/24/13 | J | A | |
| 170. Market Vectors Emerging Mrkts Local Currency Debt ETF (RSX) | A | Dividend | | | Buy | 03/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 09/24/13 | J | | |
| 172. Brokerage Account # 4 (H) | | | | | | | | | |
| 173. Pimco Emerging Local Bond Fund (PELPX) | A | Dividend | | | Sold | 07/25/13 | J | | |
| 174. J P Morgan Mortgage Backed Securities Fund (OMBIX) | A | Dividend | J | T | Sold (part) | 12/03/13 | J | | |
| 175. IShares Trust Dow Jones US Real Estate Index Fund (IYR) | A | Dividend | J | T | Buy (add'l) | 01/02/13 | J | | |
| 176. | | | | | Sold (part) | 07/01/13 | J | A | |
| 177. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 178. IShares Barclays MBS Bond Fund (MBB) | A | Dividend | | | Sold | 02/15/13 | J | | |
| 179. Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | | | Sold | 06/03/13 | K | A | |
| 180. Ishare Core Total US (Bond Market EFT (AGG) | A | Dividend | J | T | Sold (part) | 01/02/13 | J | | |
| 181. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 182. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 183. | | | | | Buy (add'l) | 06/03/13 | K | | |
| 184. | | | | | Sold (part) | 08/30/13 | K | | |
| 185. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 186. | | | | | Sold (part) | 10/31/13 | J | A | |
| 187. | | | | | Sold (part) | 12/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. IShares MSCI EAFE Index Fund (EFA) | B | Dividend | K | T | | | | | |
| 189. SPDR Barclay Capital High Yield Bond Fund (JNK) | A | Dividend | | | Sold | 02/21/13 | J | A | |
| 190. Cohen & Steers Preferred Sec & Income Fd Cl 1 (CPXIX) | A | Dividend | | | Sold | 12/03/13 | J | | |
| 191. Eaton Vance Floating Rate Fund Cl 1 (EIBLX) | A | Dividend | K | T | | | | | |
| 192. Elements-Rogers TR SV███ | | None | J | T | Sold (part) | 04/30/13 | J | | |
| 193. | | | | | Sold (part) | 05/31/13 | J | | |
| 194. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 195. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 196. | | | | | Sold | 10/01/13 | J | A | |
| 197. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 198. First TR Financials Alphadex Fund | A | Dividend | | | Sold | 01/02/13 | J | A | |
| 199. Guggenheim Bulletshares 2016 Corporate Bond ETF (BSCG) | A | Dividend | J | T | | | | | |
| 200. Guggenheim Bulletshares 2017 Corporate Bond ETF (BSCH) | A | Dividend | | | Sold | 02/21/13 | J | A | |
| 201. Ishares Gold TR (IAU) | | None | | | Sold (part) | 01/31/13 | J | | |
| 202. | | | | | Sold | 04/30/13 | J | | |
| 203. IsharesIBOXX $ Investment Grade Bd Fund (LQD) | A | Dividend | | | Sold | 02/21/13 | J | A | |
| 204. Ishares JP Morgan EM Bond Fund (EMB) | A | Dividend | | | Sold | 07/25/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ishares Russell 1000 Growth Index Fund | | None | | | Sold | 01/02/13 | K | C | |
| 206. Powershares International Corp Bond ETF (PICB) | A | Dividend | | | Sold | 06/05/13 | J | | |
| 207. Sector SPDR Consmrs Stpl (XLP) | A | Dividend | J | T | | | | | |
| 208. Sector SPDR Financial (XLF) | A | Dividend | | | Sold | 10/01/13 | K | C | |
| 209. Sector SPDR Industrial (XLI) | A | Dividend | | | Sold | 01/02/13 | J | A | |
| 210. SPDR S P World Ex US (GWL) | A | Dividend | K | T | | | | | |
| 211. Third Avenue Focused Credit Fund CL Instl (TFCIX) | A | Dividend | J | T | | | | | |
| 212. Vanguard Materials ETF (VAW) | A | Dividend | | | Sold | 04/01/13 | J | A | |
| 213. Vanguard Short-Term Corporate Bond (VCSH) | A | Dividend | J | T | | | | | |
| 214. Vanguard Telecomm Services ETF (VOX) | | None | | | Sold | 01/02/13 | J | A | |
| 215. Wisdomtree Emerging Mrkt Equity Income (DEM) | A | Dividend | | | Sold | 06/28/13 | K | | |
| 216. Blackrock Global Long Short Credit Fund Cl 1 (BGCIX) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 217. Consumer Discretionary SPDR (XLY) | A | Dividend | K | T | Buy | 01/02/13 | J | | |
| 218. First TR Utilities Alphadex Fund (FXU) | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 219. Health Care Select SPDR (XLV) | A | Dividend | K | T | Buy | 04/01/13 | J | | |
| 220. Ishares 1-3 Year Treasury Bond ETF (SHY) | A | Dividend | K | T | Buy | 06/28/13 | J | | |
| 221. | | | | | Buy (add'l) | 07/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 223. | | | | | Sold (part) | 10/31/13 | K | A | |
| 224. | | | | | Sold (part) | 12/02/13 | J | A | |
| 225. Ishares MSCI Emerging Mkts (EEM) | A | Dividend | K | T | Buy | 10/31/13 | K | | |
| 226. Ishares RS 2000 Value (IWN) | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 227. Ishares Inc Global High Yield Corp BD FD (GHYG) | | None | J | T | Buy | 12/03/13 | J | | |
| 228. Ishares Tips Bond ETF (TIP) | A | Dividend | | | Buy | 07/26/13 | J | | |
| 229. | | | | | Sold | 12/03/13 | J | | |
| 230. Ishares Barclays Intermediate Holding (CIU) | A | Dividend | | | Buy | 02/21/13 | J | | |
| 231. | | | | | Sold | 06/05/13 | J | | |
| 232. JP Morgan Strategic Income Opp Fund (JSOSX) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 233. Legg Mason BW Global Opportunities BD FD 1 (GOBIX) | A | Dividend | J | T | Buy | 07/25/13 | J | | |
| 234. Pimco 0-5 Year H/Y Corp Bond Index ETF (HYS) | A | Dividend | J | T | Buy | 02/21/13 | J | | |
| 235. Sector SPDR Energy (XLE) | A | Dividend | K | T | Buy | 01/02/13 | J | | |
| 236. SPDR Barclays Convertile Securities ETF (CWB) | A | Dividend | J | T | Buy | 12/03/13 | J | | |
| 237. SPDR Gold Trust (GLD) | | None | J | T | Buy | 09/03/13 | J | | |
| 238. | | | | | Sold | 10/01/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy | 12/02/13 | J | | |
| 240. SPDR DB Intl Gov Infl Holding (WIP) | A | Dividend | | | Buy | 02/21/13 | J | | |
| 241. | | | | | Sold | 06/05/13 | J | | |
| 242. Vanguard Industrial ETF (VIS)I | A | Dividend | J | T | Buy | 10/01/13 | J | | |
| 243. Ishares US Real Estate | | None | | | Buy | 01/02/13 | J | | |
| 244. | | | | | Sold | 07/01/13 | J | A | |
| 245. Brokerage Account # 5 (H) | | | | | | | | | |
| 246. Abbott Labs (ABT) common stock | | None | | | Sold | 01/10/13 | J | B | |
| 247. ABBVIE Inc (ABBV) common stock | A | Dividend | K | T | Buy | 01/10/13 | J | | |
| 248. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 249. Altria Group Inc. (MO) common stock | A | Dividend | J | T | | | | | |
| 250. AMN Elec Power Co (AEP) common stock | | None | J | T | Buy | 11/12/13 | J | | |
| 251. Automatic Data Processing (ADP) common stock | | None | J | T | Buy | 11/21/13 | J | | |
| 252. Bristol-Myers Squibb Co (BMY) common stock | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 253. Chevron Corp (CVX) common stock | A | Dividend | J | T | | | | | |
| 254. Coca Cola Company (KO) common stock | | None | | | Sold | 02/06/13 | J | A | |
| 255. Conagra Foods Inc (CAG) common stock | A | Dividend | J | T | Buy | 02/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Digital Rlty Tr Inc (DLR) common stock | A | Dividend | | | Sold | 12/13/13 | J | C | |
| 257. Du Pont E I De Nemours (DD) common stock | A | Dividend | J | T | | | | | |
| 258. Emerson Elec Co (EMR) common stock | A | Dividend | J | T | | | | | |
| 259. Glaxosmithkline PLC ADR (GSK) common stock | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 260. Glaxosmithkline PLC ADR (GSK) common stock | A | Dividend | J | T | Buy | 11/04/13 | J | | |
| 261. Intel Corp (INTC) common stock | A | Dividend | J | T | | | | | |
| 262. Kimberly Clark (KMB) common stock | A | Dividend | J | T | | | | | |
| 263. Kraft Foods Group Inc (KRFT) common stock | A | Dividend | J | T | | | | | |
| 264. LVMH Eur 0.3 (LVMHF) common stock | A | Dividend | K | T | Buy | 09/04/13 | K | | |
| 265. McDonalds Corp (MCD) common stock | A | Dividend | J | T | | | | | |
| 266. Merck and Co Inc (MRK) common stock | A | Dividend | | | Buy (add'l) | 07/01/13 | J | | |
| 267. | | | | | Sold | 11/07/13 | J | A | |
| 268. Microsoft Corp (MSFt) common stock | A | Dividend | | | Sold | 11/21/13 | J | B | |
| 269. Nextera Energy Inc (NEE) common stock | A | Dividend | J | T | Buy (add'l) | 07/01/13 | J | | |
| 270. Occidental Pete Corp Cal (OXY) common stock | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 271. Paccar Inc (PCAR) common stock | A | Dividend | J | T | | | | | |
| 272. Philip Morris Intl Inc (PM) common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. PG&E Corp (PCG) common stock | A | Dividend | | | Buy | 07/01/13 | J | | |
| 274. | | | | | Sold | 11/12/13 | J | | |
| 275. PPL Corporation (PPL) common stock | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 276. Royal Dutch Shell Plc (RDSB) common stock | | None | | | Sold | 02/06/13 | J | | |
| 277. Sempra Energy (SRE) common stock | A | Dividend | | | Sold | 07/01/13 | J | C | |
| 278. Southern Company (SO) common stock | A | Dividend | J | T | | | | | |
| 279. Spectra Energy Corp (SE) common stock | A | Dividend | J | T | | | | | |
| 280. SPDR Series Trust shares (XTL) | A | Dividend | K | T | | | | | |
| 281. Time Warner Inc (TWX) common stock | A | Dividend | | | Sold | 03/25/13 | J | C | |
| 282. Thomson Reuters Corp (TRI) common stock | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 283. Toronto Dominion Bank (TD) common stock | A | Dividend | J | T | | | | | |
| 284. United Parcel Service (UPS) Class B shares | A | Dividend | J | T | | | | | |
| 285. Ventas Inc (VTR) Reit | A | Dividend | | | Sold | 12/13/13 | J | A | |
| 286. XCEL Energy Inc (XEL) common stock | A | Dividend | | | Sold | 07/01/13 | J | A | |
| 287. First TR Financials Alphadex Fund (FXO) | A | Dividend | J | T | | | | | |
| 288. First TR Industrial PRDCR Durables Alphadex Fund (FXR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/2/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5 - This trust has no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Houser**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544